**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| LOUIS J. ALDINI, | ) Case No. 12-50971 |
| | ) |
| Debtor. | ) Honorable Carol A. Doyle |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Wednesday, January 15, 2014, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, or such other judge as may be sitting in his place and stead, in Courtroom 742, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Debtor's Final Report and Motion for Final Decree**, a true and correct copy of which is herewith served upon you.

Dated:  January 9, 2014

                                           **LOUIS J. ALDINI**
                                           By:   /s/ *Thomas B. Fullerton*
                                                  One of its attorneys

| | |
|---|---|
| Charles S. Stahl, Jr. (I.D. No. 2699915) | Thomas B. Fullerton (I.D. No. 6296539) |
| Swanson, Martin & Bell, LLP | Alfred K. Murray (I.D. No. 6297264) |
| 2525 Cabot Drive, Suite 204 | Swanson, Martin & Bell, LLP |
| Lisle, Illinois 60532 | 330 North Wabash Avenue, Suite 3300 |
| (630) 799-6990 | Chicago, Illinois 60611 |
| Fax: (630) 799-6901 | (312) 321-9100 |
| cstahl@smbtrials.com | Fax: (312) 321-0990 |
| | tfullerton@smbtrials.com |
| | amurray@smbtrials.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| LOUIS J. ALDINI, | ) Case No. 12-50971 |
| | ) |
| Debtor. | ) Honorable Carol A. Doyle |

**DEBTOR'S FINAL REPORT AND MOTION FOR FINAL DECREE
DATED JANUARY 9, 2014**

### Final Report

Now comes Louis J. Aldini (the "Debtor"), and submits this Final Report and Motion for Final Decree. Contemporaneously with this report, the Debtor is also submitting a Final Account which should be considered in evaluating the Debtor's Motion for Final Decree.

The Debtor respectfully submits that the second Amended Plan of Reorganization (the "Plan"), filed by the Debtor on August 28, 2013, has been substantially consummated per Section 1101(2) of the Bankruptcy Code in that he (i) transferred substantially all of the property proposed by the Plan to be transferred to date; (ii) assumed management of substantially all of the property dealt with by the Plan; and (iii) commenced distribution under the Plan. Each of these three requirements are summarized below.

### I. Transfer of Property

The Plan requires the Debtor to tender a deed in lieu of foreclosure (the "Deed") relating to the Flamingo Road Property to U.S. Bank. Counsel for the Debtor prepared the contemplated Deed, the Debtor and his spouse executed the Deed and an assignment of lease, and tendered same to U.S. Bank via mail on December 31, 2013.

The Plan also requires the Debtor to tender the sum of $20,000.00 to Heartland Bank and Trust Company. The Debtor tendered said payment on or about December 11, 2013 in exchange for an executed release of mortgage pertaining to the Hinsdale Property.

The Plan proposed no further transfer of property other than that property which will be disbursed to the creditors under the plan.

## II. Assumption by the Debtor of Management of Property

The Plan provides for the Debtor to stay in control of his business and continue to operate Debtor's affairs after confirmation. The Plan does not contemplate any other individual or business entity taking control or assisting the Debtor in the management of his business and its property. Since December 14, 2013, the Effective Date under the Plan, the Debtor has remained in control and has operated his business pursuant to the terms of the Plan.

## III. Distribution

Class 3 and 4 claims are unimpaired and the Debtor is current in his monthly payment obligations thereunder. In January, 2014 the Debtor will commence distribution to all holders of Class 5 claims. The following payments will be made to the corresponding creditors:

| | | |
|---|---|---|
| Bank of America | "Country Crossings Property" | $728.81 |
| Bank of America | "Chicago Property" | $855.48 |
| Wells Fargo | "Brookfield Property" | $1,833.86[1] |

The treatment of Class 8 claims under the Plan includes payment of cash totaling $90,000.00 over seventy-eight (78) months. The following payments will be made:

| | |
|---|---|
| June 14, 2014: | $3,500.00 |
| December 14, 2014: | $3,500.00 |
| June 14, 2015: | $7,500.00 |
| December 14, 2015: | $7,500.00 |
| June 14, 2016: | $7,500.00 |
| December 14, 2016: | $7,500.00 |

---

[1] The Debtor will also continue to remit monthly real property tax escrow payments, currently in the amount of $860.43.

    June 14, 2017:  $7,500.00
    December 14, 2017: $7,500.00
    June 14, 2018:  $7,500.00
    December 14, 2018: $7,500.00
    June 14, 2019:  $7,500.00
    December 14, 2019: $7,500.00
    June 14, 2020:  $8,000.00

As of the date of this report, the Debtor has made all payments contemplated by the Plan.

### Motion for Final Decree

As shown above, there has been substantial consummation of the Plan. The Plan contemplated full payment of all claims and the Debtor is on schedule for meeting this provision of the Plan. All administrative costs have been paid and it is not anticipated that there will be any further application for administrative expenses. All property to be transferred under the Plan has been transferred and no further transfers are contemplated. All pending motions, contested matters, fee applications and adversary proceedings have been resolved.

WHEREFORE, the Debtor respectfully requests the Court to approve its Final Report and grant its Motion for Final Decree by entering a Final Decree in this case.

            Respectfully submitted,

            SWANSON, MARTIN & BELL, LLP

            */s/ Thomas B. Fullerton*
            Counsel for the Debtor

| | |
|---|---|
| Charles S. Stahl, Jr. (I.D. No. 2699915) | Thomas B. Fullerton (I.D. No. 6296539) |
| Swanson, Martin & Bell, LLP | Alfred K. Murray (I.D. No. 6297264) |
| 2525 Cabot Drive, Suite 204 | Swanson, Martin & Bell, LLP |
| Lisle, Illinois 60532 | 330 North Wabash Avenue, Suite 3300 |
| (630) 799-6990 | Chicago, Illinois 60611 |
| Fax: (630) 799-6901 | (312) 321-9100 |
| cstahl@smbtrials.com | Fax: (312) 321-0990 |
| | tfullerton@smbtrials.com |
| | amurray@smbtrials.com |