IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| LOUIS J. ALDINI, | ) Case No. 12-50971 |
| | ) Honorable Carol A. Doyle |
| Debtor. | ) Hearing Date: January 15, 2014 |
| | ) Hearing Time: 10:30 a.m. |

**FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE**

Whereas, Louis J. Aldini, the "Debtor", filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the District of Nevada on September 19, 2012 and was subsequently transferred to the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, by court order;

Whereas, a Second Amended Plan of Reorganization (the "Plan") was proposed to the creditors and was confirmed by Order of this Court on November 13, 2013;

Whereas, Debtor has reported to this Court that the Plan has been substantially consummated;

Whereas, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a Final Decree;

THEFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Code section 350(a), the case of *In re Louis J. Aldini*, Case No. 12-50971 (the "Bankruptcy Case") is CLOSED effective upon the entry of this Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

(a) The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

(b) This Court shall retain jurisdiction in accordance with the Confirmation Order and Plan.

     (c)     The Debtor is required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. §1930 through and including the entry of this Final Decree.

     (d)     Pursuant to 11 U.S.C. §1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. §1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under §1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.

     4.     The Debtor shall serve a copy of this Order on all of his known creditors within seven (7) days of the entry of this Order.

DATED: 1/15/14

ENTER:

_____
Carol A. Doyle
United States Bankruptcy Judge

Prepared by:
Thomas B. Fullerton
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
312-321-8430
tfullerton@smbtrials.com